YUDES, imp., Appellant, vs. MODERN WOODMEN OF AMERICA, Respondent.

For the appellant: *V. J. O'Kelliher* of Oconto.

For the respondent: *Geo. G. Perin* of Rock Island, Ill., and *John B. Chase* of Oconto.

*By the Court.*—Judgment affirmed.

McNETT and others, Appellants, vs. Fox, Respondent.

For the appellants: *Stephens & Burns* of Cuba City.

For the respondent: *Kopp & Brunckhorst* of Platteville.

*By the Court.*—Judgment affirmed.

HELGERSON, Respondent, vs. UPHOFF and wife, Appellants.

For the appellants: *Richmond, Jackman, Wilkie & Toebaas* of Madison.

For the respondent: *Hill, Thomann & Beckwith* of Madison.

*By the Court.*—Judgment affirmed.

The following memorandum was filed June 24, 1929:

PER CURIAM. The mandate of April 30th is modified by deducting from the amount of the judgment the sum of $177.50, and, as so modified, affirmed.